**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA DOMINGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 16-9320 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Second Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge, with the exception of footnote 13 on page 31, which is stricken.

\\

\\

\\

**IT IS ORDERED** that the decision of the Commissioner be REVERSED and that the above-captioned action be REMANDED to the Commissioner for further action consistent with the Court's Second Report and Recommendation of United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 19, 2019

GEORGE H. WU
UNITED STATES DISTRICT JUDGE